AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Barbara Lanning | | Telephone: (313) 226-9100 |
| Special Agent: Christopher Loperfido | | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dennis Glover

Case No. Case: 2:24−mj−30458
Assigned To : Unassigned
Assign. Date : 10/25/2024
Description: CMP USA V. DENNIS GLOVER (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 14, 2024 - October 23, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher Loperfido, Special Agent (ATF)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 24, 2024__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Elizabeth Stafford, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Christopher E. Loperfido, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since December of 2018. I am currently assigned to the ATF Detroit Field Division. I have received extensive training on firearms identification and common scenarios involving firearms trafficking.

2. During my employment with ATF, I have assisted with investigating criminal violations relating to firearms, violent crime, and controlled substances. I have participated in many aspects of criminal investigations, including, but not limited to, interviews, physical surveillance, and the execution of search warrants.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Dennis GLOVER (DOB: XX/XX/1978), for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm and ammunition.

## II. PROBABLE CAUSE

5. I reviewed records related to GLOVER's criminal history and learned the following:

    a. On or about November 21, 1997, GLOVER was charged with carjacking, armed robbery, and felony firearm in the Third Judicial Circuit Court, Wayne County. On August 24, 1998, GLOVER pleaded guilty to armed robbery and felony firearm. On or about September 10, 1998, GLOVER was sentenced to a term of 2–20 years' incarceration with the Michigan Department of Corrections;

    b. While on parole, on or about September 3, 2004, GLOVER was charged with unarmed robbery, felon in possession of a firearm, and conspiracy to commit unarmed robbery in the Sixteenth Judicial Circuit Court, Macomb County, in case 2004-003550-FH. On February 8, 2005, GLOVER pleaded guilty to

        conspiracy to commit unarmed robbery. On or about March 9, 2005, GLOVER was sentenced to a term of 38–180 months' incarceration with the Michigan Department of Corrections; and

    c.    At the same time as the 2004-003550-FH Macomb County case, GLOVER was charged in a separate case with armed robbery, conspiracy to commit armed robbery, felon in possession of a firearm, and felony firearm in the Sixteenth Judicial Circuit Court, Macomb County, in case 2004-003551-FC. On February 3, 2005, GLOVER was convicted of conspiracy to commit armed robbery. On March 9, 2005, GLOVER was sentenced to a term of 96–480 months' incarceration with the Michigan Department of Corrections, to run concurrent with the sentence in 2004-003550-FH, but consecutive to his parole violation.

6.    Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of GLOVER's convictions, the time he has spent incarcerated or under supervision as a result of those convictions, and the fact that GLOVER has previously been charged with the offense of felon in possession of a firearm, there is probable cause to believe that GLOVER is aware of his status as a convicted felon.

3

## II.   PROBABLE CAUSE

3. On October 23, 2024, Detroit Police officers with the Tactical Services Section executed a search warrant at a house on the 7000 block of Palmetto Street in Detroit, Michigan. The search warrant related to a domestic violence investigation into GLOVER and authorized officers to look for firearms.

4. Adult Victim 1 ("AV 1") reported to Detroit Police officers that on October 14, 2024, GLOVER threatened to shoot them. AV 1 reported that GLOVER was first carrying around a shotgun, but later grabbed a handgun from inside the home on Palmetto.

5. Shortly after 2:00 p.m. on October 23, 2024, Detroit Police officers knocked on the front door of the Palmetto house and announced their presence, but no one answered. The officers forced their way into the home and found GLOVER standing inside the house, near the kitchen, with a shotgun in his hand. Officers arrested GLOVER for domestic violence and illegal possession of a firearm. Officers seized the shotgun—an H&R 1871 12-gauge pump style shotgun.

6. After detaining GLOVER, officers searched the home. No one else was present at the time of the search. Officers recovered a box of Winchester .40 caliber ammunition, three live 12-gauge shotgun shells stamped as Federal OO 12-gauge shells, and a Kahr CW380 pistol.

7. On October 24, 2024, I contacted ATF Interstate Nexus Expert, Special

Agent Kara Klupacs, and provided information about the H&R 1871 12-gauge pump style shotgun, the box of Winchester .40 caliber ammunition, the three live 12-gauge shotgun shells stamped as Federal OO 12-gauge shells, and the Kahr CW380 pistol. SA Klupacs concluded that both firearms and the ammunition were manufactured outside the State of Michigan. SA Klupacs also concluded that both the shotgun and the Kahr pistol are firearms as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III. CONCLUSION

8. Probable cause exists to believe that between October 14, 2024, and October 23, 2024, Dennis GLOVER knowingly possessed at least one firearm and ammunition after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

_____
Christopher E. Loperfido, Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable Elizabeth Stafford
United States Magistrate Judge

Dated: October 25, 2024

5